UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID YANOSIK,

    Plaintiff,

v.                               Case No.:  2:24-cv-705-JLB-KCD

GENESIS BM, LLC,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's Initial Disclosures. (Doc. 21.) The Court directs the Clerk to **STRIKE** them as improperly filed discovery material. *See* Fed. R. Civ. P. 5(d)(1)(A); Middle District Discovery Handbook (2021) at Section I.C.1. Plaintiff must not file any discovery materials in the future.

**ORDERED** in Fort Myers, Florida on January 21, 2025.

*/s/ Kyle C. Dudek*
Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record